1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  ANDREW L. GRADMAN
   Special Assistant U.S. Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone (559) 497-4000

6

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  CASE NO. 1:11-cr-00341-GSA
11                                   )
                    Plaintiff,       )
12                                   )  STIPULATION TO CONTINUE STATUS
   v.                                )  CONFERENCE HEARING;[PROPOSED]
13                                   )  ORDER
   JAMIE KERBY,                      )
14                                   )  DATE:     February 23, 2012
                    Defendant.       )  TIME:     10:00 a.m.
15                                   )  COURT:    TBA
                                     )
16                                   )  [Class A Misdemeanor]

17

18      **IT IS HEREBY STIPULATED** by and between the parties through their

19  respective counsel, Special Assistant United States Attorney Andrew

20  Gradman, Counsel for Plaintiff, and Assistant Federal Defender Samya

21  Burney, Counsel for Defendant Jamie Kerby, that the status conference

22  currently set for Thursday, February 2, 2012, at 10:00 a.m., **may be**

23  **continued to Thursday, February 23, 2012, at 10:00 a.m. before the**

24  **duty Magistrate.**

25      This stipulation is proposed by both parties to allow for the

26  government to obtain additional discovery and to allow for additional

27  defense preparation.  The requested continuance will conserve time

28  and resources for both counsel and the court.


                              1   STIPULATION TO RESCHEDULE STATUS CONFERENCE
                                                    U.S. v. DOMINGO

1    The parties agree that the delay resulting from the continuance

2    shall be excluded in the interests of justice herein and for

3    effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and

4    3161(h)(7)(B)(i) and (iv) because the ends of justice served in

5    granting such continuance outweigh the best interests of the public

6    and the defendant in a speedy trial.

9                                    BENJAMIN B. WAGNER
                                     United States Attorney

11   DATED: January 25, 2012      By   /s/ Andrew Gradman
12                                      ANDREW L. GRADMAN
                                        Special Assistant U.S. Attorney

15                                   DANIEL J. BRODERICK
                                     Federal Defender

16                                   (As authorized on 1/26/2012)

17   DATED: January 26, 2012      By   /s/ Samya Burney
                                       SAMYA BURNEY

19        IT IS SO ORDERED.

20        **Dated:    January 27, 2012**              **/s/ Dennis L. Beck**
21                                       UNITED STATES MAGISTRATE JUDGE